**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  SONI, ASHOK R.　　　　　　　　　§　Case No. 18-09474
　　　　SONI, MINAXI J.　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

　　1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/30/2018. The undersigned trustee was appointed on 03/30/2018.

　　2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

　　3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

　　4. The trustee realized the gross receipts of　　　$　　　9,293.00

　　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 57.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $　　　9,235.05 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/16/2018 and the deadline for filing governmental claims was 09/26/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,679.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,679.30, for a total compensation of $1,679.30[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2.35 for total expenses of $2.35[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2018    By: /s/ Richard M. Fogel
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 18-09474
**Case Name:** SONI, ASHOK R.
SONI, MINAXI J.

**For Period Ending:** 10/11/2018

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 03/30/2018 (f)
**§ 341(a) Meeting Date:** 05/15/2018
**Claims Bar Date:** 08/16/2018

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND<br>1 Plumrose Lane, Schaumburg, IL 60194-5161: Debtors' residence- NO EQUITY | 468,000.00 | 0.00 | | 0.00 | FA |
| 2 | RESIDENCE, BUILDING, LAND<br>339 W. Virginia Street, Crystal Lake, IL 60014-0000: Commercial property (Gas Station)- NO EQUITY | 300,000.00 | 0.00 | | 0.00 | FA |
| 3 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2016 Toyota Camry, 26000 miles- NO EQUITY | 13,000.00 | 0.00 | | 0.00 | FA |
| 4 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2013 Toyota Camry, 31000 miles- NO EQUITY | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2010 Honda Civic, 86000 miles - EXEMPT | 4,500.00 | 0.00 | | 0.00 | FA |
| 6 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2002 Acura MDX, 161,000 miles - EXEMPT | 700.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS<br>Miscellaneous used household goods and furnishings: 4 Bedrooms sets, 1 couch, 1 loveseat, 1 chair, 1 kitchen table with 4 chairs- EXEMPT | 800.00 | 0.00 | | 0.00 | FA |
| 8 | ELECTRONICS<br>TVs and computers: 2 TV's, 1 laptop- EXEMPT | 400.00 | 0.00 | | 0.00 | FA |
| 9 | COLLECTIBLES OF VALUE<br>Books, Pictures, and CD's- EXEMPT | 150.00 | 0.00 | | 0.00 | FA |
| 10 | JEWELERY<br>Wedding Jewelry- EXEMPT | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | CLOTHES<br>Wearing apparel- EXEMPT | 900.00 | 0.00 | | 0.00 | FA |
| 12 | DEPOSITS OF MONEY<br>Savings account with PNC Bank- EXEMPT | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | DEPOSITS OF MONEY<br>Checking account with BMO Harris- | 2,000.00 | 1,250.00 | | 1,250.00 | FA |
| 14 | DEPOSITS OF MONEY<br> Checking account with PNC Bank- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 15 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer (Alcatel-Lucent) -EXEMPT | 64,670.18 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 18-09474 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | SONI, ASHOK R. / SONI, MINAXI J. | Date Filed (f) or Converted (c): | 03/30/2018 (f) |
| | | § 341(a) Meeting Date: | 05/15/2018 |
| For Period Ending: | 10/11/2018 | Claims Bar Date: | 08/16/2018 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer (Mina- Best) -EXEMPT | 16,692.73 | 0.00 | | 0.00 | FA |
| 17 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer ManPower & Sargent Lundy -EXEMPT | 162,764.98 | 0.00 | | 0.00 | FA |
| 18 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer (Enercon) - EXEMPT | 24,882.77 | 0.00 | | 0.00 | FA |
| 19 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer Com Ed/Exelon - EXEMPT | 18,330.31 | 0.00 | | 0.00 | FA |
| 20 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer Mina TrowerPrice -EXEMPT | 58,537.57 | 0.00 | | 0.00 | FA |
| 21 | TAX REFUNDS<br>Debtors 2017 Tax Refund- RECEIVED BY TRUSTEE | 11,000.00 | Unknown | | 8,043.00 | FA |
| 22 | CLAIMS AGAINST THIRD PARTIES<br>Former Tenant (Shatki Reliance aka Saunak K. Patel & Ketan Sheth) broke the gas station lease so debtors are owed money for this broken lease owes $32,760.65 from 10/01/2017 address is 7424 W. 159th Street, Apt. 203, Tinley Park, IL 60477- THIS CLAIM IS PROPERTY OF DEBTORS' BANKRUPT CORPORATION'S ESTATE | 32,760.65 | 0.00 | | 0.00 | FA |
| 23 | CLAIMS AGAINST THIRD PARTIES<br>Former Tenant (Crystal Mart Inc. aka Sudhir Nair) broke the gas station lease so debtors are owed money $30,135.59 from 02/29/2016 addresses are 4410 N. Northwest Hwy, Crystal Lake, IL 60014 another address is 985 Cambridge Lane, Crystal Lake, IL 60014-  THIS CLAIM IS PROPERTY OF DEBTORS' BANKRUPT CORPORATION'S ESTATE | 30,135.59 | 0.00 | | 0.00 | FA |
| 24 | CLAIMS AGAINST THIRD PARTIES<br>Former Tenant (Gayatri Corporation aka Dahyabhai Patel) broke the gas station lease so debtors are owed $22,000.00 from 01/20/2014 - address is 1300 Phoenix Drive, Des Plaines, IL 60018- THIS CLAIM IS PROPERTY OF DEBTORS' BANKRUPT CORPORATION'S ESTATE | 22,000.00 | 0.00 | | 0.00 | FA |
| 25 | INTEREST IN INSURANCE POLICIES<br>Term Life Insurance policy through employer - (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 26 | INTEREST IN INSURANCE POLICIES<br>Term Life Insurance policy through employer - (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit A

Page: 3

Case No.: 18-09474

Case Name: SONI, ASHOK R.
SONI, MINAXI J.

For Period Ending: 10/11/2018

Trustee Name: (330720) Richard M. Fogel

Date Filed (f) or Converted (c): 03/30/2018 (f)

§ 341(a) Meeting Date: 05/15/2018

Claims Bar Date: 08/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | MACHINERY FIXTURES EQUIPMENTS SUPPLIES<br>Business Equipment | 25,702.50 | 0.00 | | 0.00 | FA |
| 28 | INTEREST IN PARTNERSHIPS<br>The debtors' are the 100% owners of Ohmshiva Corporation, which filed for chapter 7, 18-09471, B. Chatz, trustee- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 28 | **Assets Totals (Excluding unknown values)** | **$1,267,427.28** | **$1,250.00** | | **$9,293.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 18-09474 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SONI, ASHOK R.<br>SONI, MINAXI J. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******7100 Checking |
| Taxpayer ID #: | **-***4092 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/11/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/18 | {21} | Ashok and Mina Soni | 2017 federal income tax refund | 1129-000 | 8,043.00 | | 8,043.00 |
| 05/24/18 | {13} | Ashok and Mina Soni | Non-exempt funds | 1129-000 | 1,250.00 | | 9,293.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,283.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.90 | 9,270.10 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.22 | 9,255.88 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.75 | 9,242.13 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 7.08 | 9,235.05 |
| | | **COLUMN TOTALS** | | | **9,293.00** | **57.95** | **$9,235.05** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **9,293.00** | **57.95** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$9,293.00** | **$57.95** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-09474 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | SONI, ASHOK R.<br>SONI, MINAXI J. | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******7100 Checking |
| **Taxpayer ID #:** | **-***4092 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/11/2018 | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7100 Checking | $9,293.00 | $57.95 | $9,235.05 |
| | $9,293.00 | $57.95 | $9,235.05 |

# Exhibit C

## Exhibit C

**Case:** 18-09474  **ASHOK R SONI AND MINAXI J SONI**

Claims Bar Date: 08/16/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, a division of Capital On<br>PO Box 60511<br>City Of Industry CA 91716, CA 91716,<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>05/18/18 | | $12,582.52<br>$0.00 | $0.00 | $0.00 |
| | Trustee did not administer creditor's collateral.  Debt was reaffirmed per o/c 5-2-18. | | | | | |
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>09/27/18 | | $1,679.30<br>$1,679.30 | $0.00 | $1,679.30 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>09/27/18 | | $2.35<br>$2.35 | $0.00 | $2.35 |
| 2 | American Enterprise Bank<br>c/o Gary Green/Clark Hill PLC<br>130 E. Randolph St., Suite 3900<br>Chicago, IL 60601<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/22/18 | | $213,272.90<br>$213,272.90 | $0.00 | $213,272.90 |
| 3 | United States Department of Education<br>Claims Filing Unit<br>P.O. Box 8973<br>Madison, WI 53708-8973<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/02/18 | | $101,841.09<br>$101,841.09 | $0.00 | $101,841.09 |

**Case Total:** $0.00  $316,795.64

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-09474
Case Name: ASHOK R SONI AND MINAXI J SONI
Trustee Name: Richard M. Fogel

**Balance on hand:**   $   9,235.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, a division of Capital On | 12,582.52 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   9,235.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,679.30 | 0.00 | 1,679.30 |
| Trustee, Expenses - Richard M. Fogel | 2.35 | 0.00 | 2.35 |

Total to be paid for chapter 7 administrative expenses:   $   1,681.65
Remaining balance:   $   7,553.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   7,553.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR(5/1/2011)**

|   |   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 7,553.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $315,113.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American Enterprise Bank | 213,272.90 | 0.00 | 5,112.23 |
| 3 | United States Department of Education | 101,841.09 | 0.00 | 2,441.17 |

|   | Total to be paid for timely general unsecured claims: | $ | 7,553.40 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|   | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |