# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-09474 |
| Soni, Ashok R., | ) | Hon. Donald R. Cassling |
| Soni, Minaxi J. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on October 11, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.276.1334

{4273 CER A0502379.DOC}
58467056.v2

# Mailing Information for Case 18-09474

- Patrick S Layng                USTPRegion11.ES.ECF@usdoj.gov

- Joseph P. Doyle                joe@fightbills.com

**Manual Notice List (Via U.S. Mail)**

Ashok & Minaxi Soni
1 Plumrose Lane
Schaumburg, IL 60194-5161

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716

American Enterprise Bank
c/o Gary Green
Clark Hill PLC
130 E. Randolph St., Suite 3900
Chicago, IL 60601

U.S. Department of Education
PO Box 8973
Madison, WI 53708-8973