**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SONI, ASHOK R. § Case No. 18-09474
SONI, MINAXI J. §
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,254,427.28 *(without deducting any secured claims)* | Assets Exempt: $390,378.52 |
| Total Distributions to Claimants: $7,553.40 | Claims Discharged Without Payment: $307,560.59 |
| Total Expenses of Administration: $1,739.60 | |

    3) Total gross receipts of $9,293.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,293.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $474,202.00 | $12,582.52 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,739.60 | $1,739.60 | $1,739.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $107,420.00 | $315,113.99 | $315,113.99 | $7,553.40 |
| **TOTAL DISBURSEMENTS** | $581,622.00 | $329,436.11 | $316,853.59 | $9,293.00 |

4) This case was originally filed under chapter 7 on 03/30/2018.  The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2018            By: /s/ Richard M. Fogel
                                                  Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DEPOSITS OF MONEY | 1129-000 | $1,250.00 |
| TAX REFUNDS | 1129-000 | $8,043.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,293.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, a division of Capital On | 4110-000 | $14,719.00 | $12,582.52 | $0.00 | $0.00 |
| N/F | Alliant Credit Union | 4110-000 | $9,611.00 | NA | NA | NA |
| N/F | PNC Bank Home Equity | 4110-000 | $94,961.00 | NA | NA | NA |
| N/F | Pnc Mortgage | 4110-000 | $354,911.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$474,202.00** | **$12,582.52** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $1,679.30 | $1,679.30 | $1,679.30 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $2.35 | $2.35 | $2.35 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $57.95 | $57.95 | $57.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,739.60** | **$1,739.60** | **$1,739.60** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Enterprise Bank | 7100-000 | $0.00 | $213,272.90 | $213,272.90 | $5,112.23 |
| 3 | United States Department of Education | 7100-000 | $107,420.00 | $101,841.09 | $101,841.09 | $2,441.17 |
| N/F | Clark Hill PLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Small Business Administration | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$107,420.00** | **$315,113.99** | **$315,113.99** | **$7,553.40** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 18-09474
**Case Name:** SONI, ASHOK R.
SONI, MINAXI J.
**For Period Ending:** 12/04/2018

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 03/30/2018 (f)
**§ 341(a) Meeting Date:** 05/15/2018
**Claims Bar Date:** 08/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND<br>1 Plumrose Lane, Schaumburg, IL 60194-5161: Debtors' residence- NO EQUITY | 468,000.00 | 0.00 | | 0.00 | FA |
| 2 | RESIDENCE, BUILDING, LAND<br>339 W. Virginia Street, Crystal Lake, IL 60014-0000: Commercial property (Gas Station)- NO EQUITY | 300,000.00 | 0.00 | | 0.00 | FA |
| 3 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2016 Toyota Camry, 26000 miles- NO EQUITY | 13,000.00 | 0.00 | | 0.00 | FA |
| 4 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2013 Toyota Camry, 31000 miles- NO EQUITY | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2010 Honda Civic, 86000 miles - EXEMPT | 4,500.00 | 0.00 | | 0.00 | FA |
| 6 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2002 Acura MDX, 161,000 miles - EXEMPT | 700.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS<br>Miscellaneous used household goods and furnishings: 4 Bedrooms sets, 1 couch, 1 loveseat, 1 chair, 1 kitchen table with 4 chairs- EXEMPT | 800.00 | 0.00 | | 0.00 | FA |
| 8 | ELECTRONICS<br>TVs and computers: 2 TV's, 1 laptop- EXEMPT | 400.00 | 0.00 | | 0.00 | FA |
| 9 | COLLECTIBLES OF VALUE<br>Books, Pictures, and CD's- EXEMPT | 150.00 | 0.00 | | 0.00 | FA |
| 10 | JEWELERY<br>Wedding Jewelry- EXEMPT | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | CLOTHES<br>Wearing apparel- EXEMPT | 900.00 | 0.00 | | 0.00 | FA |
| 12 | DEPOSITS OF MONEY<br>Savings account with PNC Bank- EXEMPT | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | DEPOSITS OF MONEY<br>Checking account with BMO Harris- | 2,000.00 | 1,250.00 | | 1,250.00 | FA |
| 14 | DEPOSITS OF MONEY<br>Checking account with PNC Bank- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 15 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer (Alcatel-Lucent) -EXEMPT | 64,670.18 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Form 1

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

Case No.: 18-09474
Case Name: SONI, ASHOK R.
SONI, MINAXI J.

For Period Ending: 12/04/2018

Trustee Name: (330720) Richard M. Fogel
Date Filed (f) or Converted (c): 03/30/2018 (f)
§ 341(a) Meeting Date: 05/15/2018
Claims Bar Date: 08/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer (Mina- Best) -EXEMPT | 16,692.73 | 0.00 | | 0.00 | FA |
| 17 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer ManPower & Sargent Lundy -EXEMPT | 162,764.98 | 0.00 | | 0.00 | FA |
| 18 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer (Enercon) - EXEMPT | 24,882.77 | 0.00 | | 0.00 | FA |
| 19 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer Com Ed/Exelon - EXEMPT | 18,330.31 | 0.00 | | 0.00 | FA |
| 20 | RETIREMENT OR PENSION ACCOUNTS<br>401 (k) / Retirement plan through employer Mina TrowerPrice -EXEMPT | 58,537.57 | 0.00 | | 0.00 | FA |
| 21 | TAX REFUNDS<br>Debtors 2017 Tax Refund- RECEIVED BY TRUSTEE | 11,000.00 | Unknown | | 8,043.00 | FA |
| 22 | CLAIMS AGAINST THIRD PARTIES<br>Former Tenant (Shatki Reliance aka Saunak K. Patel & Ketan Sheth) broke the gas station lease so debtors are owed money for this broken lease owes $32,760.65 from 10/01/2017 address is 7424 W. 159th Street, Apt. 203, Tinley Park, IL 60477- THIS CLAIM IS PROPERTY OF DEBTORS' BANKRUPT CORPORATION'S ESTATE | 32,760.65 | 0.00 | | 0.00 | FA |
| 23 | CLAIMS AGAINST THIRD PARTIES<br>Former Tenant (Crystal Mart Inc. aka Sudhir Nair) broke the gas station lease so debtors are owed money $30,135.59 from 02/29/2016 addresses are 4410 N. Northwest Hwy, Crystal Lake, IL 60014 another address is 985 Cambridge Lane, Crystal Lake, IL 60014- THIS CLAIM IS PROPERTY OF DEBTORS' BANKRUPT CORPORATION'S ESTATE | 30,135.59 | 0.00 | | 0.00 | FA |
| 24 | CLAIMS AGAINST THIRD PARTIES<br>Former Tenant (Gayatri Corporation aka Dahyabhai Patel) broke the gas station lease so debtors are owed $22,000.00 from 01/20/2014 - address is 1300 Phoenix Drive, Des Plaines, IL 60018- THIS CLAIM IS PROPERTY OF DEBTORS' BANKRUPT CORPORATION'S ESTATE | 22,000.00 | 0.00 | | 0.00 | FA |
| 25 | INTEREST IN INSURANCE POLICIES<br>Term Life Insurance policy through employer - (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 26 | INTEREST IN INSURANCE POLICIES<br>Term Life Insurance policy through employer - (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| Case No.: | 18-09474 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | SONI, ASHOK R. <br> SONI, MINAXI J. | Date Filed (f) or Converted (c): | 03/30/2018 (f) |
| | | § 341(a) Meeting Date: | 05/15/2018 |
| For Period Ending: | 12/04/2018 | Claims Bar Date: | 08/16/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description <br> (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value <br> (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | MACHINERY FIXTURES EQUIPMENTS SUPPLIES <br> Business Equipment | 25,702.50 | 0.00 | | 0.00 | FA |
| 28 | INTEREST IN PARTNERSHIPS <br> The debtors' are the 100% owners of Ohmshiva Corporation, which filed for chapter 7, 18-09471, B. Chatz, trustee- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 28 | **Assets Totals (Excluding unknown values)** | **$1,267,427.28** | **$1,250.00** | | **$9,293.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2018    **Current Projected Date Of Final Report (TFR):** 10/11/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

# Cash Receipts And Disbursements Record

| **Case No.:** | 18-09474 | **Trustee Name:** | Richard M. Fogel (330720) |
|---|---|---|---|
| **Case Name:** | SONI, ASHOK R. / SONI, MINAXI J. | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******7100 Checking |
| **Taxpayer ID #:** | **-***4092 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/04/2018 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/18 | {21} | Ashok and Mina Soni | 2017 federal income tax refund | 1129-000 | 8,043.00 | | 8,043.00 |
| 05/24/18 | {13} | Ashok and Mina Soni | Non-exempt funds | 1129-000 | 1,250.00 | | 9,293.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,283.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.90 | 9,270.10 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.22 | 9,255.88 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.75 | 9,242.13 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 7.08 | 9,235.05 |
| 11/06/18 | 101 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 1,681.65 | 7,553.40 |
| | | | Claims Distribution - Wed, 10-03-2018           $1,679.30 | 2100-000 | | | 7,553.40 |
| | | | Claims Distribution - Wed, 10-03-2018           $2.35 | 2200-000 | | | 7,553.40 |
| 11/06/18 | 102 | American Enterprise Bank | Distribution payment - Dividend paid at 2.40% of $213,272.90; Claim # 2; Filed: $213,272.90 | 7100-000 | | 5,112.23 | 2,441.17 |
| 11/06/18 | 103 | United States Department of Education | Distribution payment - Dividend paid at 2.40% of $101,841.09; Claim # 3; Filed: $101,841.09 | 7100-000 | | 2,441.17 | 0.00 |
| | | **COLUMN TOTALS** | | | **9,293.00** | **9,293.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | **Subtotal** | | | **9,293.00** | **9,293.00** | |
| | | | Less: Payments to Debtors | | | **0.00** | |
| | | **NET Receipts / Disbursements** | | | **$9,293.00** | **$9,293.00** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-09474 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | SONI, ASHOK R.<br>SONI, MINAXI J. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***4092 | **Account #:** | ******7100 Checking | |
| **For Period Ending:** | 12/04/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7100 Checking | $9,293.00 | $9,293.00 | $0.00 |
| | **$9,293.00** | **$9,293.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)